**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| JAMES SOLTMAN,<br>JENNIFER SOLTMAN, | : : : : | |
| Plaintiffs, | : : | **ORDER** |
| v. | : : | Civ. No. 2:11-cv-01867 |
| CAPITAL ONE (N.A.), | : : | |
| Defendant. | : : | |

**Walls, Senior District Judge**

For the reasons expressed in the accompanying opinion, on this 25th day of September 2012:

It is **ORDERED** that Plaintiff's motion for default judgment is **DENIED**.

**s/ William H. Walls**

United States Senior District Judge